```
                        United States Bankruptcy Court
                             District of Maryland
In re:                                                    Case No. 15-24551-JS
Leslie Dean Mires                                         Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0416-1      User: jjohnson         Page 1 of 1        Date Rcvd: Mar 30, 2017
                          Form ID: odsctr        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2017.
db              +Leslie Dean Mires,    5210 Sipple Avenue,    Baltimore, MD 21206-5230

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2017 at the address(es) listed below:
              Hugh Justin Green    hgreen@atlanticlawgrp.com,  PMagee@atlanticlawgrp.com
              James R. Logan    jamesrloganpa@gmail.com, myecfjameslogan@gmail.com,G35473@notify.cincompass.com
              Patrick  Decker    Patrick.Decker@bww-law.com
              Robert S. Thomas    ECF@ch13balt.com,  rthomas13@ecf.epiqsystems.com
                                                                                         TOTAL: 4

Entered: March 30, 2017
Signed:  March 30, 2017

**SO ORDERED**



**JAMES F. SCHNEIDER**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# at Baltimore

In re:   Case No.:   15–24551 – JS     Chapter:   13

Leslie Dean Mires
5210 Sipple Avenue
Baltimore, MD 21206

## ORDER DISCHARGING TRUSTEE AND CLOSING CASE

It appearing to the Court that the Trustee in the above–entitled case has performed all duties required of him/her in the administration of said estate;

ORDERED, that the said estate be and it hereby is closed; that the Trustee be and he/she hereby is discharged from and relieved of his/her trust.

cc:   Robert S. Thomas II
      300 E Joppa Road, Suite 409
      Towson, MD 21286

**odsctr** – *jjohnson*

**End of Order**